IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



WILLIE THOMAS FORD,

    Petitioner,

v.                              Civil Action No. 3:09CV261

D.B. EVERETT,

    Respondent.

### MEMORANDUM OPINION

Willie Thomas Ford, a Virginia inmate proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In his present 28 U.S.C. § 2254 petition, Ford challenges his convictions in the Circuit Court for the County of Henrico for rape and abduction. Ford acknowledges that this United States District Court previously has denied a petition for a writ of habeas corpus challenging the above convictions. (§ 2254 Pet. ¶ 14.) This Court has limited jurisdiction to entertain successive applications for habeas relief. See Felker v. Turpin, 518 U.S. 651, 657 (1996). Specifically, Section 2244(b)(3)(A) provides that "[b]efore a second or successive application permitted by this section is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application." 28 U.S.C. § 2244(b)(3)(A). Ford does not suggest that he has obtained such authorization. Accordingly, by Memorandum Order entered on July 17, 2009, the Court directed Ford, within eleven (11) days of the

date of entry thereof to show good cause why the present action should not be dismissed for want of jurisdiction. Ford has not responded to that Memorandum Order. Accordingly, the present action will be DISMISSED.

The Clerk is DIRECTED to send a copy of this Memorandum Opinion to Ford.

An appropriate Order shall issue.

/s/ REP
Robert E. Payne
Senior United States District Judge

Date: October 9, 2009
Richmond, Virginia